

# NUMBER 13-19-00638-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI–EDINBURG

## IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

## On appeal from MDL No. 15-0360-H in the 444th District Court of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Benavides

MedData d/b/a Alegis Revenue Group, L.L.C. (MedData) filed this notice of appeal

from MDL No. 15-0360-H, *In re Fraudulent Hospital Lien Litigation*, pending in the 444th

District Court of Cameron County, Texas.[1] MedData alleged that the judge of the MDL

pretrial court had not ruled on MedData's motion to dismiss filed pursuant to the Texas

---

[1] This case originated in trial court cause number C-2481-19-D in the 206th District Court of Hidalgo County, Texas, which was transferred to MDL No. 15-0360-H in the 444th District Court of Cameron County, Texas, for consolidated pretrial proceedings.

Citizens Participation Act (TCPA) within the statutory deadline, and accordingly, its motion to dismiss was "considered to have been denied by operation of law." *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.005(a), 27.008(a). This appeal ensued.

On January 9, 2020, MedData filed a "Motion to Dismiss Appeal as Premature." Without "abandoning its position that each case in an MDL proceeding is distinct," MedData asserted that its attempted interlocutory appeal should be dismissed on grounds that the underlying MDL proceedings are stayed, and thus its notice of appeal was premature. MedData's motion to dismiss is opposed by appellees, Mayra Alaniz, et al.,[2] however, more than ten days have passed since the motion to dismiss was filed and appellees have not filed a response or other pleading in opposition to MedData's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.1(b), 10.3(a).

The Court, having examined and fully considered the motion to dismiss and the applicable law, is of the opinion that the appeal should be dismissed for the reasons expressed in our opinion in *In re Fraudulent Hospital Lien Litigation*, No. 13-19-00627-CV, 2020 WL _____ (Tex. App.—Corpus Christi–Edinburg Mar. 5, 2020, no pet. h.) (mem. op.), *available at* http://www.search.txcourts.gov/case.aspx?cn=13-19-00627-CV.

---

[2] The appellees include: Mayra Alaniz, Marla Cantu, Mayra Castillo, Rigoberto Castillo, Victor Castillo, Marina Chavez, Anthony Contreras, Juan Deanda, Baldomero Delasancha, Celia Gonzalez, Maria Gonzalez, Mirtha Gonzalez, Vannesa Gonzalez, Fred Gorena, Ruben Guerra, Juana Guevara, Laura Gutierrez, Benilde Ibarra, Nereida Jaramillo, Dora Linan, Leticia Lopez, Daisy Martinez, David Martinez, Juan Martinez Jr., Maria Martinez, Olivia Martinez, Margaret Menchaca, Jorge L. Mendoza, Sergio Mendoza, Linda Nnajiofor, Wilson Nunez, Evelyn Olvera, Isaac Prestamo, Victor Ramirez, Jesus Ramos, Diana Reyna, Roxanne Reyna, Nora Rivera, Fernando Robles, Ernestina Roel, Yolanda Rojas, Maria Salas, Baldemar Salazar, Sergio Saldivar, Thalia Sanchez-Ramirez, Erika Torres, Eufemia Torres, Juan Veloz, Virgilio Zapata, and Maria Alicia Zavala.

Accordingly, we grant MedData's motion to dismiss and we dismiss this appeal for lack of jurisdiction. Pending motions, if any, are dismissed as moot.

GINA M. BENAVIDES,
Justice

Delivered and filed the
5th day of March, 2020.

3